BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

JAN 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Ray Laurence Howes | S.W. NO. 2:13-MJ-0024 EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant and arrest warrant affidavit, and criminal complaint in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person until otherwise ordered by this Court, or upon the arrest of the defendant, whichever occurs first.

Date: 1-29-2013

EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California

1